# COMMONWEALTH OF VIRGINIA



TAZEWELL CIRCUIT COURT
Civil Division
135 COURT STREET, SUITE 202
TAZEWELL VA 24651
(276) 385-1222

Summons

To: BIG LOTS STORES, INC.
R/A: CORPORATION SERVICE CO.
100 SHOCKOE SLIP, FLOOR 2
RICHMOND VA 23219

Case No. 185CL21000130-00

The party upon whom this summons and the attached complaint are served is hereby notified that unless within 21 days after such service, response is made by filing in the clerk's office of this court a pleading in writing, in proper legal form, the allegations and charges may be taken as admitted and the court may enter an order, judgment, or decree against such party either by default or after hearing evidence.

Appearance in person is not required by this summons.

Done in the name of the Commonwealth of Virginia on, Thursday, January 21, 2021

Clerk of Court: TAMMY B ALLISON

by _____
(CLERK/DEPUTY CLERK)

Instructions:

Hearing Official:

Attorney's name: COOK, TERRENCE SHEA
P O BOX 507
PH:276-963-4332
RICHLANDS VA 24641

VIRGINIA: IN THE CIRCUIT COURT OF TAZEWELL COUNTY

CURTIS D. STILTNER,

    Plaintiff,

v.

    Case No. CL 21-130

BIG LOTS STORES, INC.,

    Defendant.

Serve:

Big Lots Stores, Inc.
R/A: Corporation Service Company
100 Shockoe Slip, Floor 2
Richmond, VA 23219

Received and filed in Tazewell County, Virginia Circuit Court Clerk's Office.
This the 21 day of Jan, 2021.
Time 10:25 A.M.
TESTE: Kathy Crouse
Clerk, Deputy Clerk

## COMPLAINT

Plaintiff, Curtis D. Stiltner, moves for judgment against Defendant, Big Lots Stores, Inc. ("Big Lots") on the grounds and in the amount set forth below:

1. On September 11, 2019, the Plaintiff was visiting the Big Lots Store #348, in Richlands, Virginia, as a customer/patron.

2. While pushing his cart down the cleaning supplies isle, Plaintiff slipped and fell due to a fluid substance left on the isle floor, which were present without markings or signage, and he suffered significant injuries.

3. At the time and the place of the incident, it was the duty of Defendant to maintain walkways within the Big Lots store in a safe condition for the patrons, guarding against those risks and circumstances reasonably known and expected to exist.

4. Notwithstanding said duties, Defendant was negligent in that they:

    a. Failed to ensure patron walkways were free and clear of material and debris

constituting trip, slip or fall hazards; and

  b. Failed to bring attention through signage or other manner to those portions of the patron walkways which were encumbered or damaged, such as to constitute a slip, trip or fall hazard.

  5. As a direct and proximate result, thereof, Plaintiff sustained serious and permanent injuries, has been prevented from transacting his business, has suffered and will continue to suffer great pain of body and mind; has sustained permanent disability, deformity; has incurred and will incur in the future hospital, doctor and related bills in an effort to be cured of said injuries.

  WHEREFORE, Plaintiff demands judgment against the Defendant, in the sum of Two Hundred-Fifty Thousand Dollars ($250,000.00) in compensatory damages and his costs expended in this action, all with interest as allowed by law.

            CURTIS STILTNER
            By Counsel

Terrence Shea Cook (VSB#: 34832)
T. Shea Cook, P.C.
P. O. Box 507
2411 Second Street
Richlands, VA 24641
Phone: (276) 963-4332
Fax: (276) 963-6271
tsheacook@yahoo.com