**UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF VIRGINIA**

| | | |
|---|---|---|
| **CURTIS D. STILTNER,** | ) | |
| | ) | |
| **Plaintiff** | ) | **Case No.: 1:21CV12** |
| | ) | **State Court No.: CL21-130** |
| **VS** | ) | |
| | ) | |
| **BIG LOTS, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### CORRECTED NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Curtis D. Stiltner, by counsel and pursuant to Federal Rule of Civil Procedure u 41(a)(1)(A) hereby provide notice to Defendants and the Court of their election to take a voluntary dismissal of their lawsuit.

WHEREFORE, Plaintiffs, by counsel hereby request that this Court dismiss this mater from the active docket of this Court, pursuant to Federal Rule of Civil Procedure 41(a) (1) (A)

### CERTIFICATE OF SERVICE

I certify that true copy of this Notice of Voluntary Dismissal to be file with the Clerk of the Court using the CM/ECF system, which will provide electronic notice to all counsel of record.

Respectfully submitted,

By: /s/ Terrence Shea Cook
T. Shea Cook, P.C.
Attorney for the Plaintiff
VSB#34832
P. O. Box 507
Richlands, VA 24641
(276) 963-4332
(276)963-6271
tsheacook@yahoo.com